IN THE SUPERIOR COURT OF GUAM

IN THE MATTER OF THE ESTATES OF )
) PROBATE CASE NOS.
) PR0063-93 and PR0048-97
)
RUDOLPH E. BORDALLO, and )
LUISA G. BORDALLO, ) **DECISION AND ORDER**
) (Motion for Family Allowance and Support)
)
Deceased.)
_____)

This matter came before the Honorable Elizabeth Barrett-Anderson on August 20, 2009. Stephen M. Bordallo was represented by Attorney Daniel J. Berman. Co-Administrators, Timothy T. Bordallo and Pia B. Valencia, for the Estates of Rudolph E and Luisa G. Bordallo were represented by Attorney John S. Unpingco.

On June 9, 2009, this Court granted the family allowance requests of Pia B. Valencia, Timothy Bordallo, and Roseanna B. Garcia, the siblings of Stephen M. Bordallo. On July 8, 2009, Stephen M. Bordallo moved this Court to grant the same allowance to him. As no valid reason was shown for this Court to treat Stephen M. Bordallo different that his siblings prior to the distribution of the Estate, this Court **ORDERS** that the Co-Administrators, Timothy T. Bordallo and Pia B. Valencia, for the Estates of Rudolph E and Luisa G. Bordallo (hereinafter the "Estates") pay a monthly family allowance in the amount of two thousand six hundred dollars ($2,600.00) until the Estates are finally distributed and closed. Each of these monthly family allowance payments are deemed to be a partial "advance" of Stephen M. Bordallo's interest in the Estates, as established by the Settlement Agreement.

**IT IS SO ORDERED** this 15th day of October 2009.

**HONORABLE ELIZABETH BARRETT- ANDERSON**
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam

Dated at Hagatna, Guam

_____ 20_____

_Tammy L. Pinaula_
Deputy Clerk, Superior Court of Guam